**1708-13**

# ELECTRONIC RECORD

COA # 14-12-00959-CR

OFFENSE: Aggravated Robbery

STYLE: Julio C. Canas v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Modified

TRIAL COURT: 178th District Court

DATE: 12/5/2013    Publish:No

TC CASE #: 1286982

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Julio C. Canas v The State of Texas      CCA # **1708-13**

_____State's_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_granted & remanded_

JUDGE: _____

DATE: _April 16, 2014_

SIGNED: _____      PC: _____

JUDGE: _Pc_

PUBLISH: _____  ,   DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**